Case 11-70457-hdh13 Doc 15 Filed 09/27/11 Entered 09/27/11 09:56:00 Page 1 of 3

B6D (Official Form 6D) (12/07)

In re **Michael Allan Moisant**
**Karen Ann Moisant**

Case No. **11-10325-HDH-13**
(if known)

## *AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx2339**<br>**City of WF, WFISD, Wichita Co**<br>**c/o Harold Lerew**<br>**P.O. Box 8188**<br>**Wichita Falls, Texas 76307** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**5113 Lake Wellington, Wichita Falls, W**<br>REMARKS:<br><br>VALUE: $460,488.00 | | | | $10,633.82 | |
| ACCT #: **5401**<br>**Fidelity Bank**<br>**2525 Kell Blvd Suite 100**<br>**Wichita Falls, TX 76308** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**accounts receivable**<br>REMARKS:<br>**debtor is surrendering his interest**<br><br>VALUE: $186,388.00 | | X | | $186,388.00 | |
| ACCT #: **x1876**<br>**First National Bank**<br>**3801 Fairway Blvd**<br>**Wichita Falls, TX 76310** | | - | DATE INCURRED: **02/2006**<br>NATURE OF LIEN:<br>**Home Improvement**<br>COLLATERAL:<br>**5113 Lake Wellington Pkwy, Wichita Fa**<br>REMARKS:<br><br>VALUE: $460,488.00 | | | | $50,530.09 | |
| ACCT #: **x9510**<br>**First National Bank**<br>**3801 Fairway**<br>**P.O. Box 94905**<br>**Wichita Falls, Texas 76308** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**medical equip**<br>REMARKS:<br>**Harmony Integrative Medicine**<br>**debtor is surrendering his interest**<br><br>VALUE: $70,453.76 | | X | | $70,453.76 | |
| | | | Subtotal (Total of this Page) > | | | | $318,005.67 | $0.00 |
| | | | Total (Use only on last page) > | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |

_____2_____ continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re **Michael Allan Moisant**             Case No. **11-10325-HDH-13**
       **Karen Ann Moisant**
                                                                                                               (if known)

*AMENDED*
### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **x9453**<br>**First National Bank**<br>**3801 Fairway**<br>**P.O. Box 94905**<br>**Wichita Falls, Texas 76308** | | - | DATE INCURRED:<br>NATURE OF LIEN: **Non-Purchase Money**<br>COLLATERAL: **3159 Munchrath Rd., Windthorst, Arche**<br>REMARKS: **Harmony Integrative Medicine collateral belongs to third party**<br>VALUE: $93,529.78 | | | | $93,529.78 | |
| ACCT #: **xxxx8000**<br>**Ford Motor Credit Corporation**<br>**FORD CREDIT**<br>**PO BOX 6275**<br>**DEERBORN, MI 48121** | | - | DATE INCURRED: **10/27/2009**<br>NATURE OF LIEN: **Automobile**<br>COLLATERAL: **2010 Ford Edge**<br>REMARKS:<br>VALUE: $30,275.00 | | | | $22,509.00 | |
| ACCT #: **xxxx8757**<br>**Ford Motor Credit Corporation**<br>**FORD CREDIT**<br>**PO BOX 6275**<br>**DEERBORN, MI 48121** | | - | DATE INCURRED: **04/30/2007**<br>NATURE OF LIEN: **Automobile**<br>COLLATERAL: **2007 Ford Mustang**<br>REMARKS:<br>VALUE: $19,975.00 | | | | $5,717.00 | |
| ACCT #:<br>**JP Morgan Chase Bank**<br>**Wichita Falls Business Banking LPO**<br>**Wichita Falls, TX 76309** | | - | DATE INCURRED:<br>NATURE OF LIEN: **Non-Purchase Money**<br>COLLATERAL: **office and medical equip**<br>REMARKS: **Kell West Family Practice debtor is surrendering his interest**<br>VALUE: $471,035.00 | | | X | $471,035.00 | |

Sheet no. **1** of **2** continuation sheets attached
to Schedule of Creditors Holding Secured Claims

                                           Subtotal (Total of this Page) >     $592,790.78     $0.00
                                           Total (Use only on last page) >

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities

B6D (Official Form 6D) (12/07) - Cont.

In re **Michael Allan Moisant**  
**Karen Ann Moisant**

Case No. **11-10325-HDH-13**  
(if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx0001<br>Nissan Motor<br>Po Box 660360<br>Dallas, TX 75266 | - | DATE INCURRED: 05/10/2010<br>NATURE OF LIEN: Automobile<br>COLLATERAL: 2010 Nissan Titan<br>REMARKS:<br>VALUE: $27,125.00 | | $26,693.00 | |
| ACCT #: xxxxxxx2401<br>Union Square<br>1401 Holliday<br>Wichita Falls, TX 76301 | - | DATE INCURRED: 08/13/2010<br>NATURE OF LIEN: Real Estate Specific Type Unknown<br>COLLATERAL: 5113 Lake Wellington Pkwy, Wichita Fa<br>REMARKS:<br>VALUE: $460,488.00 | | $69,557.00 | |
| ACCT #: xxxxxxxxx2038<br>Wfhm<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | - | DATE INCURRED: 11/18/2005<br>NATURE OF LIEN: Real Estate Specific Type Unknown<br>COLLATERAL: 5113 Lake Wellington Pkwy, Wichita Fa<br>REMARKS:<br>VALUE: $460,488.00 | | $270,440.00 | |

Sheet no. **2** of **2** continuation sheets attached  
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$366,690.00** | **$0.00**  
Total (Use only on last page) > **$1,277,486.45** | **$0.00**

(Report also on Summary of Schedules.)  
(If applicable, report also on Statistical Summary of Certain Liabilities