B6F (Official Form 6F) (12/07)

In re **Michael Allan Moisant**
     **Karen Ann Moisant**

Case No. **11-10325-HDH-13**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx1004**<br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $42,741.75 |
| ACCT #: **xxxxxxxxxxxx0471**<br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | - | | DATE INCURRED: **08/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,709.00 |
| ACCT #: **xx3846**<br>**Bankers Healthcare Group Inc**<br>**4875 Volunteer Rd Ste 100**<br>**Southwest Ranches, FL 33330** | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | X | | | $96,305.00 |
| ACCT #:<br>**Byrne, Cardenas, & Aris LLP**<br>**7557 Ramble Rd Ste 1400**<br>**Dallas, TX 75231** | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $2,912.50 |
| ACCT #: **xxxxxxxxxxxx1338**<br>**Chase**<br>**201 N. Walnut St//de1-1027**<br>**Wilmington, DE 19801** | - | | DATE INCURRED: **03/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $13,402.00 |
| ACCT #: **xxxx-xxxx-xxxx-7151**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $8,202.82 |

**Subtotal >**    **$169,273.07**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____2_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Allan Moisant**  Case No. **11-10325-HDH-13**
**Karen Ann Moisant**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxxx6200<br>**Chela**<br>**Attn: Bankruptcy**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED: **07/11/2003**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $85,584.00 |
| ACCT #:<br>**Design Works Group**<br>**2633 Plaza Pkwy**<br>**Wichita Falls, TX 76308** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $19,943.94 |
| ACCT #: xxxxxxxxxxxx3777<br>**Discover Fin**<br>**Po Box 8003**<br>**Hilliard, OH 43026** | | - | DATE INCURRED: **04/1991**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $14,474.00 |
| ACCT #: xxxxxxxxxxxx0688<br>**Discover Fin**<br>**Po Box 8003**<br>**Hilliard, OH 43026** | | W | DATE INCURRED: **12/1991**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $11,231.00 |
| ACCT #: xxxxxxxxxxxx6039<br>**Gemb/JC Penny**<br>**Attention: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED: **02/17/2002**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $600.00 |
| ACCT #: xxxxxxxxxxxx5669<br>**Gemb/sams Club Dc**<br>**GEMB Finance**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED: **02/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,798.00 |

Sheet no. __1__ of __2__ continuation sheets attached to  Subtotal >  $134,630.94
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Allan Moisant**            Case No. **11-10325-HDH-13**
     **Karen Ann Moisant**                                           (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx6604**<br>**Henry Schein**<br>**Dpt CH14125**<br>**Palatine, IL 60055-4125** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1,479.96 |
| ACCT #: **xxxxxxxx1052**<br>**Kohls/capone**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | - | DATE INCURRED: **10/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $469.00 |
| ACCT #:<br>**PCNet**<br>**915 9th St**<br>**Wichita Falls, TX 76301** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $345.04 |
| ACCT #: **xxxxA000**<br>**University of Oklahoma Pathology Lab**<br>**PO Box 8887**<br>**Greenville, TX 75404** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $130.90 |
| ACCT #: **xxxxxxxxxxxxx0001**<br>**Wells Fargo**<br>**1 Home Campus X2303-01A**<br>**Des Moines, IA 50326** | | - | DATE INCURRED: **10/27/2004**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $12,377.00 |

Sheet no. __2__ of __2__ continuation sheets attached to      **Subtotal >**     $14,801.90
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                 **Total >**     $318,705.91
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**